IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN JACKSON,<br>　　　Plaintiff, | )<br>)<br>) |
| LIBERTY MUTUAL INSURANCE CO.,<br>　　　Intervenor Plaintiff, | )　Civil Action No. 05-1579<br>)<br>) |
| vs | )<br>) |
| UNITED STATES OF AMERICA,<br>　　　Defendant. | )<br>) |

## O R D E R

AND NOW, this 17th day of Nov., 2006, after the plaintiff and the intervenor plaintiff filed complaints in the above-captioned case, and after the defendant filed a motion to dismiss or for summary judgment, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, as well as the defendant's response to those objections, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of the Court,

IT IS ORDERED that the defendant's motion to dismiss or for summary judgment (Document No. 13), treated as a motion to dismiss, is granted.

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　All Counsel of Record

　　　Honorable Robert C. Mitchell
　　　United States Magistrate Judge